Dear Honorable Judge,                         February 1, 2006

    My name is Maria Guadalupe Aguayo Zuniga, I am Juan Jose Ricardo Cardenas mother. The purpose of this letter is to express how sorry I feel because of the situation my son got him self in. I want to truly direct a genuinely apologize for his behavior to the state of Alaska and the United States. I am not trying to justify his actions because I know that what he did was wrong. I'm in my late sixties and my health isn't getting any better this situation causes me great sadness because I love my son and I worry for him and his children. In the conversation that I have had with my son I can feel how regretful he is of his actions. So as a desperate mother I ask that you please consider my sons situation and give him a fair punishment. Thank you for your time and attention.

                                                Sincerely Apologetic,

                                                *Maria G. Aguayo*

My name is Maria Cardenas Aguayo, Juan Cardenas older sister and the purpose of this letter was to apologize to the state of Alaska, the United State and yourself for my brothers' actions. I have been in charge of everything regarding my brothers' situation and it hasn't been easy at all. Seeing my mother worry and his children call me crying because they miss having their dad around. It's been hard but in times like these it is when the family has to stick together. I speak to my brother often and I know he is regretful of his actions and wished that he could turn back time and undo the damage done. I just want to ask that you please have some consideration on my brothers' situation because he has children that need their dad and a mother that is anguish. Thank you for your time and please have mercy on Juan Cardenas my brother.

Sincerely,
*Maria Cardenas Aguayo*

My name is Roxanna Cardenas the oldest daughter of Juan Jose Ricardo Cardenas. I know you must be very occupied but I felt the responsibility to write this letter to sincerely apologize on behalf of my fathers, for his inappropriate behavior. I would like to apologize to the state of Alaska and the United State for my fathers' actions but I am glad to say that in the conversations that I have had with my father Juan Cardenas he was expressed how sorry he is for everything that has occurred. The time already spent incarcerated has made him realize and fell very regretful and remorseful of his actions. I'm not proud of what he did but his my father and I love him and need him in my life which is why I want to sincerely apologize for his actions and try to amend some of the damage done. Thank you for your time and once again I do apologize.

Sincerely,

Roxanna Cardenas