DEBORAH M. SMITH
Acting United States Attorney

KAREN L.LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax:(907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:05-cr-066-RRB |
| Plaintiff, | ) **GOVERNMENT'S** |
| | ) **SENTENCING** |
| vs. | ) **MEMORANDUM** |
| VICTOR MANUEL ASTORGA, ALEJANDRO DOMINGUEZ BOJORQUEZ, **JUAN JOSE CARDENAS-AGUAYO**, and OMAR SALAZAR-CARDENAS, | ) |
| Defendants. | ) |

COMES NOW, the United States of America, by and through undersigned counsel, and submits its sentencing memorandum concerning defendant Jaun Jose Cardenas-Aguayo as follows.

**I.    Summary of Estimated Guideline Calculations**

The government has no objections to the presentence report calculations. Therefore, defendant is facing a guideline sentencing range of 121 - 151 months. Mr. Cardenas-Aguayo is further subject to a statutory mandatory minimum sentence of 10 years or 120 months. The government will not be filing a motion for downward departure under U.S.S.G.§5K1.1.

**II.   Response to Anticipated Objections**

Neither party has filed objections to the presentence report.  Defendant has asked for a downward departure from criminal history category II to criminal history category I.  If granted, the guideline sentencing range would change from 121 - 151 months to 108 - 135 months.  However, based on the statutory mandatory minimum the actual permissible range of sentencing would be limited to 120 - 135 months, even granted such a downward departure.

**III.  Government's Recommendation**

In light of the fact that defendant did give a statement to law enforcement authorities, even though in the government's discretion such statement was not sufficient to trigger substantial assistance, the government is willing to recommend that defendant be sentenced to the statutory minimum term of 120 months.

RESPECTFULLY SUBMITTED this day, February 7, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Karen Loeffler
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax:(907) 271-1500
email: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2006,
a copy of the foregoing GOVERNMENTS
SENTENCING MEMORANDUM
 was served, via fax, on:

Ronald A. Offret
Aglietti, Offret, and Woofter
Fax: 279-5534

s/Karen Loeffler