**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

 UNITED STATES OF AMERICA    v.   JUAN JOSE CARDENAS-AGUAYO 

THE HONORABLE RALPH R. BEISTLINE

D<small>EPUTY</small> C<small>LERK</small>                                               CASE NO.  3:05-cr-00066-03-RRB 

 CAROLYN BOLLMAN 


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 10, 2006

     Due to a transportation problem, the Imposition of Sentence scheduled for Tuesday, February 14, 2005 at 9:00 a.m. is VACATED, and rescheduled to begin at 2:00 p.m. Wednesday, February 15, 2006 in Courtroom 2, Anchorage, Alaska.

[]{IA.WPD*Rev.12/96}